```
FILED ___ LODGED
___ RECEIVED
AUG 14 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY
```

The Honorable Ronald B. Leighton
Location: Tacoma, Washington
Chapter 7
Hearing Date: September 12th, 2008
Response Date: September 8th, 2008

```
FILED ___ LODGED
___ RECEIVED
SEP 1 2 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                  DEPUTY
```

# IN THE UNITED STATES DISTRICT FOR
## THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

In re

DONALD T. WEHMEYER

        Debtor(s).

---

In re

DONALD T. WEHMEYER

        Appellant,

v.

DALE WEHMEYER;

        Appellee.

BANKRUPTCY CASE NO. 03-52468

B.A.P. CASE NO. 07-T009

CASE NO. 3:07-cv-05601-RBL

ORDER DIMISSING CASE

(PROPOSED)

07-CV-05601-ORD

THIS MATTER having come before the Court on motion of the Appellant, Donald Wehmeyer to dismiss the above captioned appeal and the Court being fully advised and

ORDER DISMISSING CASE-1

07-CV-05601-PRO

ORIGINAL

1 having considered the matter, and pursuant to Rule 8001(c)(2) it is hereby ORDERED that

2 the above captioned appeal be voluntarily dismissed

DATED this 12th day of September, 2008.

By ROBCerti
~~Deputy Clerk of the Court~~/Judge

Presented By:

Jerome Shulkin, WSBA No. 2198

ORDER DISMISSING CASE-2

LAW OFFICES
SHULKIN HUTTON INC., P.S.
2101 FOURTH AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 623-3515
TELECOPIER (206) 682-9289